# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA KELLY,** | : | Civil No. 4:22-CV-1555 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **KEVIN KELLNER, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 6th day of August 2025, in accordance with the accompanying Memorandum Opinion IT IS ORDERED as follows:

The defendants' summary judgment motion (Doc. 50), is GRANTED in part and DENIED in part as follows: summary judgment is GRANTED in favor of Defendants Steinhart and Sokaloski but DENIED as to Defendant Kellner.

In light of this ruling, the parties will consult and confer, and notify the Court on or before **August 27, 2025**, whether they wish to have this case referred for settlement or mediation.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
